DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
EVODIO ZAMORA-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-0280 LJO |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date: February 21, 2012 |
| EVODIO ZAMORA-RODRIGUEZ, | Time: 8:30 a.m. |
| *Defendant.* | Judge: Hon. Lawrence J' O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC KERSTEN, Assistant Federal Defender, counsel for defendant Evodio Zamora-Rodriguez, that the date for status conference in this matter may be continued to February 21, 2012, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is February 13, 2012.  The requested new date is February 21, 2012.**

The government has extended a "fast track" plea offer in this matter and it is anticipated that Mr. Zamora-Rodriguez will accept the offer.  However, Zamora-Rodriguez is housed in the Kern County Lerdo detention facility and no space is available on the bus prior to the currently scheduled status conference date of February 13, 2012.  A short, one week continuance is requested to allow time for counsel and an interpreter to review the plea offer with Zamora-Rodriguez, in Fresno, prior to the status

Case 1:11-cr-00280-LJO   Document 11   Filed 02/06/12   Page 2 of 2

conference.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: February 6, 2012        By /s/ Ian Garriques
                                        IAN GARRIQUES
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: February 6, 2012        By /s/ Eric V. Kersten
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        EVODIO ZAMORA-RODRIGUEZ

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The requested continuance is granted, having good cause therefor.

**IT IS SO ORDERED.**

**Dated:   February 6, 2012**          /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference        2